```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
LOUIS DIEZ,

                            Plaintiff,
        -against-                              MEMORANDUM AND ORDER
                                               09-CV-2390 (JS)(WDW)
WASHINGTON MUTUAL BANK,
(in the process of becoming
JPMorgan Chase Bank, N.A.)

                            Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Louis Diez, pro se
                    25 South 2nd Street
                    Bethpage, NY 11714

For Defendant:      Justin F. Capuano, Esq.
                    Cullen and Dykman, LLP
                    100 Quentin Roosevelt Boulevard
                    Garden City, NY 11530
```

SEYBERT, District Judge:

Pending before the Court is Plaintiff's motion to consolidate (Docket No. 52), which seeks to consolidate this case with actions pending in New York Supreme Court, the United States District Court for the District of Columbia, and the United States District Court for the Western District of Washington.

Through Magistrate Judge Wall, this Court has already denied a substantively identical and equally defective motion to consolidate. See Docket No. 31. As Magistrate Judge Wall explained then, this Court "lacks the power to 'consolidate' cases pending in other jurisdictions." Id. at 1.

Plaintiff's renewed motion is DENIED for the same reasons that Magistrate Judge Wall first articulated. In addition, the Court warns Plaintiff that--notwithstanding his pro se status--he must respect this Court's orders, and not file duplicative, frivolous motions. If Plaintiff files a similar "motion to consolidate" in the future, or any other duplicative motion, he may be liable for sanctions.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
December 30, 2010